APOLLONIA WARTH, Doing Business under the Name of ALBIN WARTH, Appellant, *v.* KUH, NATHAN & FISCHER COMPANY, INCORPORATED, Respondent.

*Warth* v. *Kuh, Nathan & Fischer Co.,* 99 App. Div. 623, affirmed.
(Argued January 29, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

27, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*J. Newton Fiero* for appellant.

*Lawrence E. Sexton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.